UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JASON S. DIONNE AND<br>DENISE C. DIONNE | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 1:15-cv-00056-LM |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION AND CHASE | :<br>:<br>: |
| Defendants. | :<br>: |

## DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY TO PLAINTIFFS' OBJECTION TO MOTION TO DISMISS

Defendants Federal National Mortgage Association ("FNMA") and JPMorgan Chase Bank, N.A. ("Chase") (collectively "Defendants"), by and through their attorneys Preti, Flaherty, Beliveau & Pachios PLLP, respectfully serve notice that they intend to file a Reply, pursuant to LR 7.1(e)(1), to Plaintiffs' Objection, with Incorporated Memorandum of Law, to Defendants' Motion to Dismiss Complaint.

Respectfully submitted,

FEDERAL NATIONAL MORTGAGE
ASSOCIATION AND JPMORGAN
CHASE BANK, N.A.

By its attorneys,

PRETI, FLAHERTY, BELIVEAU &
PACHIOS, PLLP

Date:  March 18, 2015        */s/ Nathan R. Fennessy*
                             Nathan R. Fennessy, NH Bar # 264672
                             P.O. Box 1318
                             Concord, NH 03302-1318
                             (603) 410-1500
                             nfennessy@preti.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2015 I forwarded a copy of the foregoing *Defendants' Notice of Intent to File a Reply to Plaintiffs' Objection to Motion to Dismiss* via the Court's ECF system and U.S. First Class Mail, postage pre-paid, to:

> David E. Buckley, Esq.
> Buckley Law Offices, P.C.
> 30 Temple Street, Suite 210
> Nashua, NH 03060

                             */s/ Nathan R. Fennessy*
                             Nathan R. Fennessy