# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391



# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2015 | 6659 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/10/2015 | costs | filing fee | 1 | 260.00 | 260.00 |
| 2/12/2015 | costs | postage | 1 | 27.45 | 27.45 |
| 2/9/2015 | Foreclosure | Met with Kathy and Jason Dionne regarding foreclosure. Drafted ex-parte motion to enjoin recording of foreclosure deed. (8hr) | 4 | 220.00 | 880.00 |
| 2/10/2015 | Foreclosure | Filed ex-parte motion in-hand. | 0.5 | 220.00 | 110.00 |
| 2/10/2015 | Foreclosure | Ex-parte motion allowed. Picked up documents in-hand. | 0.5 | 220.00 | 110.00 |
| 2/11/2015 | Foreclosure | Assembled summons packages for service on NH SOS, Chase and Fannie Mae. | 1 | 220.00 | 220.00 |
| 2/11/2015 | costs | NH SOS fee | 1 | 20.00 | 20.00 |
| 2/11/2015 | costs | certified postage | 1 | 27.45 | 27.45 |
| 2/17/2015 | Foreclosure | Spoke to Kathy regarding Notice to Quit. Spoke to Christine Lynch at Innovative Realty. Advised matter is in litigation. She will hold off on eviction until further notice. | 0.2 | 220.00 | 44.00 |

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Customer Total Balance** | |

**Buckley Law Offices, PC**
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801   Fax #603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2015 | 6659 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2015 | Foreclosure | Spoke to Nathan Fennessy at Preti Flaherty. Represents Chase and Fanny Mae. States matter has been removed to Federal Court. Discussed suspending litigation pending loan mod application review. He'll confer with his client and get back to me. | 0.3 | 220.00 | 66.00 |
| 2/20/2015 | costs | Merrimack County Sheriff - svc to Chase | 1 | 41.00 | 41.00 |
| 2/20/2015 | costs | Merrimack County Sheriff - svc to Federal Nat'l Mtg | 1 | 26.00 | 26.00 |
| 2/28/2015 | costs | copies | 1 | 215.00 | 215.00 |
| 2/28/2015 | costs | postage | 1 | 5.75 | 5.75 |

| | |
|---|---|
| **Invoice Total** | $2,052.65 |
| **Payments/Credits** | -$2,052.65 |
| **Customer Total Balance** | $4,822.43 |

**Buckley Law Offices, PC**
30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2015 | 6703 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2015 | Foreclosure | Spoke to Nathan Fennessey, counsel for Chase. States lender not willing to re-initiate loan mod and will be proceeding with arguing for foreclosure. | 0.3 | 220.00 | 66.00 |
| 3/16/2015 | Foreclosure | Drafted first drafts of objection to motion to dismiss and memorandum of law. | 5 | 220.00 | 1,100.00 |
| 3/17/2015 | Foreclosure | Finalized objection to motion to dismiss and memorandum of law. | 5 | 220.00 | 1,100.00 |
| 3/31/2015 | costs | copies | 1 | 4.25 | 4.25 |
| 3/31/2015 | costs | postage1 | 1 | 3.50 | 3.50 |

| | |
|---|---|
| **Invoice Total** | $2,273.75 |
| **Payments/Credits** | -$2,147.35 |
| **Customer Total Balance** | $4,822.43 |

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801  Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2015 | 6724 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/2015 | Foreclosure | Drafted surreply to motion to dismiss. | 2 | 220.00 | 440.00 |
| 4/3/2015 | Foreclosure | Filed surreply. | 0.2 | 220.00 | 44.00 |
| 4/23/2015 | Foreclosure | Received and reviewed order denying Defendant's Motion to Dismiss. | 0.2 | 220.00 | 44.00 |
| 4/30/2015 | Foreclosure | Review and respond to emails for the month. | 0.6 | 220.00 | 132.00 |

**Invoice Total** $660.00

**Payments/Credits** $0.00

**Customer Total Balance** $4,822.43

# Buckley Law Offices, PC

30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax #603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2015 | 6777 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
| |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 5/6/2015 | Foreclosure | Received and reviewed motion for reconsideration. | 0.5 | 220.00 | 110.00 |
| 5/16/2015 | Foreclosure | Drafted objection to motion for reconsideration. | 2 | 220.00 | 440.00 |
| 5/19/2015 | Foreclosure | Spoke to Kathy re: timeline of documents provided to Chase. | 0.2 | 220.00 | 44.00 |
| 5/22/2015 | Foreclosure | Began drafting Amended Complaint. | 1 | 220.00 | 220.00 |
| 5/23/2015 | Foreclosure | Finalized Amended Complaint. | 2 | 220.00 | 440.00 |
| 5/31/2015 | Foreclosure | Review and respond to emails for the month. | 1.8 | 220.00 | 396.00 |

**Invoice Total**  $1,650.00

**Payments/Credits**  $0.00

**Customer Total Balance**  $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801    Fax #603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2015 | 6812 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2015 | Foreclosure | Received and reviewed notice of decision on defendant's motion for reconsideration. Motion to reconsider was allowed, but found sufficient facts were pled to substantiate a violation of RESPA.  Spoke to Atty Fennessy regarding same. | 0.8 | 220.00 | 176.00 |
| 6/30/2015 | Foreclosure | Review and respond to emails for the month | 0.6 | 220.00 | 132.00 |

**Invoice Total**     $308.00

**Payments/Credits**     $0.00

**Customer Total Balance**  $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2015 | 6857 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/23/2015 | Foreclosure | Chase made new $15,000 offer to settle. Spoke to Kathy. Rejected same. | 0.5 | 220.00 | 110.00 |
| 7/29/2015 | Foreclosure | Spoke to Kathy re: status of Loss Mitigation Application and settlement options. | 0.3 | 220.00 | 66.00 |
| 7/31/2015 | Foreclosure | Drafted discovery plan. | 1 | 220.00 | 220.00 |
| 7/31/2015 | Foreclosure | Review and respond to emails for the month. | 0.8 | 220.00 | 176.00 |

| | |
|---|---|
| **Invoice Total** | $572.00 |
| **Payments/Credits** | $0.00 |
| **Customer Total Balance** | $4,822.43 |

**Buckley Law Offices, PC**
30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2015 | 6875 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2015 | Foreclosure | Conferred with Atty Fennessey regarding discovery plan. Mutually finalized same. Agreed to waive pretrial hearing. Filed discovery plan. | 1 | 220.00 | 220.00 |
| 8/31/2015 | Foreclosure | Review and respond to emails for the month. | 0.8 | 220.00 | 176.00 |

| **Invoice Total** | $396.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Customer Total Balance** | $4,822.43 |

# Buckley Law Offices, PC

30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801      Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2015 | 6933 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 9/1/2015 | Foreclosure | Conference call with Gary Goldberg and Kathy regarding taking over case.  Meeting set up for 9/8/2015 at 2:00 PM. |  | 0.00 | 0.00 |
| 9/3/2015 | Foreclosure | Drafted initial disclosures pursuant to discovery plan. | 1 | 220.00 | 220.00 |
| 9/8/2015 | Foreclosure | Client meeting with Gary Goldberg and Andrea Bopp Stark regarding collaborating on litigation matters | 2.5 | 0.00 | 0.00 |
| 9/21/2015 | Foreclosure | Spoke to Andrea Bopp Stark regarding her review of the case.  ABS would like to add 30 days to discovery plan to make demand and amend pleadings.  Advised ABS I'd call Atty Fennessy tomorrow. | 0.5 |  | 0.00 |
| 9/22/2015 | Foreclosure | Spoke to Nathan Fennessy.  Agreed to amend discovery plan regarding demand, offer and amending pleadings by 30 days. | 0.5 | 220.00 | 110.00 |
| 9/30/2015 | Foreclosure | Review and respond to emails for the month. | 3 | 220.00 | 660.00 |
| 9/30/2015 | costs | copies | 54 | 0.25 | 13.50 |

| Invoice Total |
|---|
| Payments/Credits |
| Customer Total Balance |

Page 1

*Buckley Law Offices, PC*
30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2015 | 6933 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2015 | costs | postage | 1 | 1.20 | 1.20 |

| | |
|---|---|
| **Invoice Total** | $1,004.70 |
| **Payments/Credits** | $0.00 |
| **Customer Total Balance** | $4,822.43 |

*Buckley Law Offices, PC*

**Buckley Law Offices, PC**
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2015 | 7009 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2015 | Foreclosure | Received and reviewed amended complaint. (this is now a contingency fee case. | 1.5 | 0.00 | 0.00 |

**Invoice Total**  $0.00

**Payments/Credits**  $0.00

**Customer Total Balance**  $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2015 | 7040 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/2015 | Foreclosure | Teleconference with plaintiff's and defendant's counsel. Made off the record settlement offer to defendant of $80,000. Defendant's counsel rejected same. | 1 | 0.00 | 0.00 |
| 11/20/2015 | Foreclosure | Spoke to Andrea. States FNMA bought the Dionne's house at the full value of the note. Walking away from the house is now a good option. Advised Andrea I'd speak to the Dionne's regarding same. Called Kathy, Denise and Jason. Left vmm's. | 0.3 | 0.00 | 0.00 |
| 11/20/2015 | Foreclosure | Spoke to Kathy and Jason regarding FNMA's purchase of home at full value of the house and recommended walking away which would be used as a negotiation tactic. They will consider same and get back to me. |  | 0.00 | 0.00 |
| 11/30/2015 | Foreclosure | Review and respond to emails for the month. | 0.4 | 0.00 | 0.00 |

**Invoice Total** $0.00

**Payments/Credits** $0.00

**Customer Total Balance** $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2015 | 7107 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/2015 | Foreclosure | Spoke to Angela regarding restructuring the deadlines to accommodate the constant requests to enlarge time. | 0.5 | 0.00 | 0.00 |
| 12/23/2015 | Foreclosure | Called Kathy. Left vmm. | 0.1 | 0.00 | 0.00 |
| 12/23/2015 | Foreclosure | Received and reviewed Motion to Dismiss. | 0.5 | 0.00 | 0.00 |
| 12/31/2015 | Foreclosure | Review and respond to emails for the month. | 2 | 0.00 | 0.00 |

**Invoice Total** $0.00

**Payments/Credits** $0.00

**Customer Total Balance** $4,822.43

**Buckley Law Offices, PC**
30 Temple Street, Ste. 210
Nashua, NH  03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2016 | 7146 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 1/6/2016 | Foreclosure | Received and reviewed objection to motion to dismiss. Spoke to Kathy regarding reconsidering decision to keep the house. | 1 | 0.00 | 0.00 |
| 1/11/2016 | Foreclosure | Conference call with Dionne's regarding walking away from the house. They'll think about it and call me tomorrow. | 1 | 0.00 | 0.00 |
| 1/12/2016 | Foreclosure | Spoke to Kathy. The Dionne's have agreed to walk away from the house. | 0.3 | 0.00 | 0.00 |
| 1/20/2016 | Foreclosure | Received and reviewed defendant's reply to plaintiff's objection to motion to dismiss. Confirmed plaintiff's availability for March depositions. | 0.7 | 0.00 | 0.00 |
| 1/25/2016 | Foreclosure | Spoke to Jason regarding confirming deposition dates. Discussed Denise's concerns regarding same. States he'll send a confirming email. | 0.3 | 0.00 | 0.00 |
| 1/31/2016 | costs | postage | 1 | 1.20 | 1.20 |

| | |
|---|---|
| **Invoice Total** | $1.20 |
| **Payments/Credits** | $0.00 |
| **Customer Total Balance** | $4,822.43 |

*Buckley Law Offices, PC*  
30 Temple Street, Ste. 210  
Nashua, NH 03060  

Phone # 603-595-8801   Fax #603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2016 | 7189 |

Jason Dionne  
40 Tallant Rd  
Pelham NH  03076

| | Terms |
|---|---|
| | |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 2/3/2016 | Foreclosure | Researched FC deed recording issue, NH title standards and NH RSA's. | 2 | 0.00 | 0.00 |
| 2/3/2016 | Foreclosure | Spoke to Andrea regarding memorandum of foreclosure issued by Chase. | 0.5 | 0.00 | 0.00 |
| 2/29/2016 | Foreclosure | Spoke to Kathy Dionne regarding 3/23/2016 mediation and what to expect regarding same. | 1 | 0.00 | 0.00 |

**Invoice Total**     $0.00  
**Payments/Credits**     $0.00  
**Customer Total Balance**  $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2016 | 7255 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 3/22/2016 | Litigation | Spoke to Kathy regarding tomorrow's medication. | 0.5 |  | 0.00 |
| 3/31/2016 | Litigation | Review and respond to emails for the month. | 1 |  | 0.00 |

**Invoice Total** $0.00

**Payments/Credits** $0.00

**Customer Total Balance** $4,822.43

# Buckley Law Offices, PC
30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2016 | 7274 |

Jason Dionne
40 Tallant Rd
Pelham NH  03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/2016 | Foreclosure | Spoke to Kathy regarding scheduling time for deposition. States 4/29/3016 at 10:00 AM in Concord works for everyone. |  | 0.00 | 0.00 |
| 4/6/2016 | Foreclosure | Began drafting responses to INT/POD | 3 | 0.00 | 0.00 |
| 4/7/2016 | Foreclosure | INT/POD |  | 0.00 | 0.00 |
| 4/8/2016 | Foreclosure | Finalized Plaintiff's responses to Chase's first set of INT/POD | 9 | 0.00 | 0.00 |
| 4/8/2016 | costs | 4 cd's | 4 | 2.00 | 8.00 |
| 4/29/2016 | Foreclosure | Deposition of Kathy, Jason and Denise. | 6 | 0.00 | 0.00 |
| 4/29/2016 | costs | mileage | 84 | 0.54 | 45.36 |
| 4/29/2016 | costs | tolls | 1 | 4.00 | 4.00 |
| 4/30/2016 | costs | copies | 134 | 0.25 | 33.50 |
| 4/30/2016 | costs | postage | 1 | 13.27 | 13.27 |

**Invoice Total**     $104.13

**Payments/Credits**     $0.00

**Customer Total Balance**     $4,822.43

# Buckley Law Offices, PC

30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801     Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2016 | 7361 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 5/26/2016 | Foreclosure | Spoke to Andrea regarding today's deposition and issues raised. Will proceed to SJ. | 0.5 | 0.00 | 0.00 |
| 5/31/2016 | Foreclosure | Review and respond to emails for the month. | 1.4 | 0.00 | 0.00 |

**Invoice Total**  $0.00

**Payments/Credits**  $0.00

**Customer Total Balance**  $4,822.43

# Buckley Law Offices, PC

30 Temple Street, Ste. 210
Nashua, NH 03060

Phone # 603-595-8801    Fax # 603-595-6391

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2016 | 7396 |

Jason Dionne
40 Tallant Rd
Pelham NH 03076

| Terms |
|---|
|  |

| Date | Item | Description | Amt. of Time | Rate | Amount |
|---|---|---|---|---|---|
| 6/14/2016 | Foreclosure | Received and reviewed Notice of Decision on Motion to Dismiss. | 1 | 0.00 | 0.00 |

**Invoice Total**       $0.00

**Payments/Credits**    $0.00

**Customer Total Balance**  $4,822.43