# EXHIBIT 1:

# SOUGHT TO BE FILED UNDER SEAL